Respondents. (C) In the Matter of the Town of Huntington, Respondent, v. Mortimer T. Brown, Appellant. (D) Sarah Sanick, Appellant, v. Herman Schauder, Respondent. (E) Marie McK. Rooney, Respondent, v. Robert P. Rooney, Appellant. (F) Village of Belle Terre et al., Respondents, v. Oakwood Park Corporation, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ (A) In the Matter of Samuel Panzer et al., Petitioners, v. Frank J. McConnell et al., Respondents. (B) Goldie D. Brown, as Guardian ad Litem of Jerome Duitz, an Infant, et al., Appellants, v. Maimonides Hospital, Respondent, et al., Defendant. (C) Judith Feldermann, an Infant, by George Feldermann, Her Guardian ad Litem, et al., Appellants, v. Hirsch Silbiger et al., Respondents.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ John Cannone, Appellant, v. Vincent Esposito, Sr., Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ Jose L. Centino, Respondent, v. Isbrandtsen Company, Inc., Appellant and Third-Party Plaintiff. Manuelo Casteno et al., Third-Party Defendants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ (A) Michael Coletti, Respondent, v. Adept Castings, Inc., Appellant. (B) Michael Coletti, Respondent, v. Allan Marine, Incorporated, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ (A) Yetta Cuttler, Appellant, v. Jacob D. Berg, Respondent. (B) Alexander Friedman, Appellant, v. Ohrbach's Inc., Respondent. (C) Margaret Henderson et al., Respondents, v. Brooklyn Motors Corp. et al., Appellants. (D) In the Matter of Edward T. Kearney & Sons, Appellant, v. Zoning Board of Appeals of the Town of Oyster Bay, Respondent. (E) Bernhardt M. Meisels, Respondent, v. Cel-U-Dex Corporation, Appellant. (F) Christine Neustadter et al., Respondents, v. Gristede Bros., Inc., Appellant, et al., Defendant. (G) Patsy Salituri et al., Respondents, v. Vincent Erezuma, Appellant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.